BEFORE THE FIRST DIVISION, JANUARY 7, 1948

**No. 52099.**—William H. Masson v. United States, petition 6638–R (Baltimore).

Opinion by OLIVER, P. J. The petition was dismissed.

BEFORE THE THIRD DIVISION, JANUARY 7, 1948

**No. 52100.**—American Express Co. v. United States, petition 6622–R (New York).

Opinion by CLINE, J. At the trial the customs manager of petitioner testified that at the time the entry was filed, the British purchase tax·was not added; that the entry was amended and the full tax added; that subsequently, the appraiser asked that part of the tax which did not apply be deducted; that later a notation came from the appraiser to deduct the tax entirely; that through oversight the entry clerk deducted the total amount originally entered, overlooking the fact that part had already been deducted. On the record presented the court held that the petitioner acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

BEFORE THE FIRST DIVISION, JANUARY 8, 1948

**No. 52101.**—Southern Cross Mercantile Co. v. United States, protest 131094–K (New York).

Opinion by OLIVER, P. J. When the protest was called for trial there was no appearance on behalf of the plaintiff. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

**No. 52102.**—Hudson Shipping Co., Inc. v. United States, protest 132354–K (New York).

Opinion by OLIVER, P. J. When this protest was called for trial there was no appearance on behalf of the plaintiff. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.